PER CURIAM.
Affirmed. Van Royal v. State, 497 So.2d 625, 627 (Fla.1986); Hamilton v. State, 366 So.2d 8, 11 (Fla.1978); Metropolitan Dade County v. Coats, 559 So.2d .71, 73 (Fla. 3d DCA), rev. denied, 569 So.2d 1279 (Fla.1990); Edmond v. State, 559 So.2d 85, 86 (Fla. 3d DCA), rev. denied, 570 So.2d 1304 (Fla.1990); Fredericson v. Levinson, 495 So.2d 842, 843 (Fla. 3d DCA 1986); O’Brien v. Ortiz, 467 So.2d 1056, 1057 (Fla. 3d DCA 1985); Detroit Marine Eng’g, Inc. v. Maloy, 419 So.2d 687, 692-93 (Fla. 1st DCA 1982); Sections 90.104(2), 90.803(2), Fla.Stat. (1989); cf. Sunn v. Co *374 lonial Penn Ins. Co., 556 So.2d 1156 (Fla. 3d DCA 1990).